## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD T. MCDONNELL, Administrator of the ESTATE OF SUSAN CAROL MCDONNELL, deceased, | |
| Plaintiff, | CIVIL ACTION NO. 1:25-CV-00061 |
| v. | (SAPORITO, J.) |
| AVIS BUDGET CAR RENTAL, LLC t/d/b/a BUDGET CAR RENTAL, | |
| Defendant. | |

## ORDER

AND NOW, this 13th day of March, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion to dismiss (Doc. 3) is **GRANTED**;

2. The complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

3. The plaintiff is granted leave to file an amended complaint **within twenty-one (21) days** after entry of this order; and

4. In the absence of a timely filed amended complaint, the clerk

- 2 -

shall mark this case as **CLOSED**.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
United States District Judge